The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

$56,571 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST,

Defendant.

NO. CV21-1319-RSM

**ORDER GRANTING JOINT MOTION TO STAY CIVIL CASE**

THIS MATTER having come before the Court on the joint motion of the parties to stay this proceeding pending completion of a related criminal investigation pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), and the Court having considered the matter and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the parties' joint motion to stay this proceeding pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) is GRANTED, and this matter is hereby stayed pending the conclusion of the related criminal investigation involving Claimant Aaron Wood, or until further order of the Court.

**IT IS FURTHER ORDERED** that the time for Claimant to file an Answer or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture is tolled from the date of the filing of the Joint Motion for Stay through the date of the entry of this Order.

ORDER GRANTING JOINT MOTION TO STAY CIVIL CASE - 1
*U.S. v. $56,571 in U.S. Currency, and Any Accrued Interest,* CV21-1319-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**IT IS FURTHER ORDERED** that any party may request a lifting of the stay at any time pursuant to a written motion.

**IT IS FURTHER ORDERED** that in the event that the related criminal investigation has not been completed, the parties shall file a Status Report within six months of the entry of this Order.

DATED this 1st day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2242
Krista.Bush@usdoj.gov

ORDER GRANTING JOINT MOTION TO STAY CIVIL CASE - 2
*U.S. v. $56,571 in U.S. Currency, and Any Accrued Interest,* CV21-1319-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970